UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

WALTER CHAVEZ,

                                                  Plaintiff,

-against-

THE CITY OF NEW YORK, NYPD P.O. JOSEPH NICOSIA;
NYPD SSA GARY CALHOUN; NYPD SGT CLAVIN; and
NYPD P.O. JOHN OR JANE DOES 1-10; individual
defendants sued in their individual and official capacities, ,

                                                Defendants.
---------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15CV01232 (SJ)(VMS)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.        The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
 February 12, 2016

ADAMS & COMMISSIONG LLP
*Attorneys for Plaintiff*
65 Broadway Suite 715
New York NY 10006
(212) 430-6590

By: _____
Martin E Adams
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
*Attorney for Defendants City of New York,
 Nicosia, Calhoun, and Clavin*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Okwede Okoh

SO ORDERED:

_____
HON. STERLING JOHNSON, JR.
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016